UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 21-8540 MWF (Ex)**                    Date:  December 28, 2021

Title       **Rolando Bell v. Appliance Outlet Group, et al.**

Present:  The Honorable:     MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on October 28, 2021.  (Docket No. 1).  Pursuant to Federal Rules of Civil Procedure, Rule 4(m), the time to serve the Complaint will expire on January 26, 2022.

The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the following no later than **JANUARY 26, 2022**.

■   BY PLAINTIFF:  PROOFS OF SERVICE of Summons, Complaint, and ADA Disability Access Litigation/Application for Stay and Early Mediation Packet on Defendants.

Any request by Plaintiff for an extension of time beyond the time limit set forth in Fed. R.  Civ. P. Rule 4(m) will only be granted upon a showing of good cause, including, but not limited to, **the date service was tendered to a process server and the date service was first attempted by the process server**.  Failure to timely file a Proof of Service, or request an extension of time to do so, will result in the dismissal of this action on **January 27, 2022**.

///
///
///

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 21-8540 MWF (Ex)**                    Date:  December 28, 2021

Title      **Rolando Bell v. Appliance Outlet Group, et al.**

■ BY DEFENDANTS:  RESPONSE TO THE COMPLAINT ("Response")
   or APPLICATION FOR STAY AND EARLY MEDIATION ("ADA
   Application") by Defendants who have been served.

If a Proof of Service requires a Defendant's future Response or ADA
Application, and if Defendant does not timely file such a Response or ADA
Application, Plaintiff must file an Application to Clerk to Enter Default ("Default
Application") **within five calendar days** after that Response or ADA Application
due date.  Failure to do so will be deemed abandonment of this action and the
Court will immediately dismiss it for lack of prosecution.

■ BY PLAINTIFF:  APPLICATIONS FOR CLERK TO ENTER
   DEFAULT for Defendants who have not timely responded to the
   Complaint or filed an ADA Application.

If a Proof of Service reflects that a Defendant's time to respond to the
Complaint or file an ADA Application has already expired, Plaintiff must
**concurrently** file a Default Application with the Proof of Service.  Failure to do so
will be deemed abandonment of this action and the Court will immediately dismiss
it for lack of prosecution.

No oral argument on this matter will be heard unless otherwise ordered by
the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand
submitted upon the filing of the response to the Order to Show Cause.  Failure to
respond to the Order to Show Cause will result in the dismissal of this action.

IT IS SO ORDERED.

Initials of Preparer:  RS/sjm